**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

NORMA HIBLER,

      Plaintiffs,

v.

JOHN BLECHER and
ARLO G. LOTT TRUCKING, INC.,

      Defendants.

---

**DEFENDANTS' NOTICE OF REMOVAL**

---

    Defendants John Blecher and Arlo G. Lott Trucking, Inc. (hereinafter "Defendants"), by and through their undersigned counsel, Thomas L. Beam of Hall & Evans, L.L.C., hereby removes Civil Action No. 2018CV030027 from the District Court, Larimer County, Colorado, to the United States District Court for the District of Colorado. As grounds, Defendants state:

    1.    Any civil action of which the District Courts of the United States have original jurisdiction may be removed from a State Court to a Federal Court. 28 U.S.C. § 1441(a). The District Courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

    2.    The action to which this Notice applies was commenced by the filing of a Complaint in the District Court, Larimer County, Colorado, on or about January 10, 2018 (Larimer County Civil Action No. 2018CV030027). John Blecher was served by substitution to a co-resident with the Summons and Complaint on January 27, 2018 and Tim Young of Arlo G. Lott

Trucking Inc. was formally served with the Summons and Complaint by personal service on January 19, 2018.

3.      A copy of the State Court Docket is attached hereto as **Exhibit A**.  A copy of the District Court Civil Cover Sheet is attached hereto as **Exhibit B**.  A copy of the Complaint filed in Larimer County District Court is attached hereto as **Exhibit C**.   A copy of the Notice of Filing of Notice of Removal, which is being filed contemporaneously with the District Court, Larimer County, Colorado, is attached hereto as **Exhibit D**.

4.      John Blecher was served by substitution to a co-resident with the Summons and Complaint on January 27, 2018 and Tim Young of Arlo G. Lott Trucking Inc. was formally served with the Summons and Complaint by personal service on January 19, 2018.   This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

5.      There is complete diversity in this matter because the Plaintiffs and Defendants are citizens of different states.  Plaintiff Norma Hibler is a resident of the State of Colorado, with an address of 1104 Remington, Fort Collins, CO 80524. (See Complaint at page 4).  Defendant Arlo G. Lott Trucking, Inc. is an Idaho company with its principal place of business located at 257 S. 100 East, Jerome, Idaho 83338.  (See Idaho Secretary of State 2017 Annual Report, attached hereto as **Exhibit E.**)  Upon information and belief, Defendant John Blecher is a resident of the State of Idaho and resides at 653 3rd Avenue West, Twin Falls, Idaho 83301.

6.      The amount in controversy also exceeds $75,000.  Plaintiff asserts that she is seeking a monetary judgment in excess of $100,000 according to the District Court Civil Cover Sheet.  Assuming Plaintiff could prove all the allegations of her Complaint, Plaintiff could be expected to recover an amount exceeding $75,000.

7.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been filed with the Clerk of the Larimer County District Court in Civil Action No. 20018CV030027.  Also, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been sent electronically to Plaintiff's attorney Erica A. Vecchio of Franklin D. Azar & Associates, P.C.

8.      Pursuant to D.C. Colo. LR 81.1 and 28 U.S.C. § 1446(a), attached are copies of all pleadings that have been served upon Defendants in Civil Action No. 2018CV030027 in the District Court of the County of Larimer.

9.      Defendants, by and through their counsel, certify that neither a trial nor any hearings have been set in the District Court, Larimer County, Colorado, before which this case is pending and from which removal is sought.

WHEREFORE, pursuant to this Notice of Removal in 28 U.S.C. § 1332 and § 1441, Defendants respectfully request that this case be removed from the Larimer County District Court, Colorado, and that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action.

DATED this 16th day of February, 2018.

HALL & EVANS, L.L.C.

By:____*s/Thomas L. Beam*_____
Thomas L. Beam, Esq.
Hall & Evans, L.L.C
1001 17th Street, Suite 300
Denver, Colorado 80202
Phone: (303) 628-3300
Fax:    (303) 628-3368
Email: beamt@hallevans.com

*Attorneys for Defendants John Blecher and*
*Arlo G. Lott Trucking, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, I caused a true and correct copy of the foregoing to be filed with the Court via CM/ECF and served upon the following:

Erica A. Vecchio
Franklin D. Azar & Associates, P.C.
1128 Eagleridge Blvd.
Pueblo, CO  81008
vecchioe@fdazar.com

*s/Debra K. Baumgard*
Debra K. Baumgard, Legal Assistant