## Register of Actions

| | Filed by Plaintiff/Petitioner | **Case Number:** 2018CV030027 | | **Division:** 4C |
|---|---|---|---|---|
| | Filed by Defendant/Respondent | **Case Type:** Personal Injury Motor Vehicle | | **Judicial Officer:** Susan Jasmine Blanco |
| | Filed by Court | **Case Caption:** Hibler, Norma v. Blecher, John et al | | **Court Location:** Larimer County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 2407B3055E4C3 | 02/01/2018 10:58 AM | Erica Vecchio | Franklin D. Azar & Associates | Norma Hibler | Return of Service | John Blecher was served the Complaint, Civil Case Cover Sheet, and Summons on January 27, 2018 | Public |
| BD37473F2AEAB | 01/10/2018 1:33 PM | Erica Vecchio | Franklin D. Azar & Associates | Norma Hibler | Complaint | Complaint | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons (Arlo G Lott Trucking, Inc.) | Public |
| | | | | | Summons | Summons (Blecher) | Public |
| N/A (Details) | 01/10/2018 | Susan Jasmine Blanco | Larimer County | N/A | Notice | Notice Judicial Civil Case Management | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Arlo G Lott Trucking Inc | Defendant | Active | N/A |
| John Blecher | Defendant | Active | N/A |
| Norma Hibler | Plaintiff | Active | Erica A Vecchio (Franklin D. Azar & Associates) |

**EXHIBIT A**