| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>Larimer County District Court<br>201 LaPorte Avenue<br>Ft. Collins, CO 80521 | |
| Plaintiff: **NORMA HIBLER**<br><br>v.<br><br>Defendants: **JOHN BLECHER** and **ARLO G. LOTT TRUCKING, INC.** | **COURT USE ONLY** |
| ATTORNEYS FOR DEFENDANTS:<br>Thomas L. Beam, #17683<br>HALL & EVANS, L.L.C.<br>1001 – 17th Street, Suite 300<br>Denver, CO 80202<br>Telephone:    (303) 628-3300<br>Facsimile:    (303) 628-3368<br>Email:    beamt@hallevans.com | Case Number:   2018CV030027<br><br>Division:   4C |
| **NOTICE OF FILING OF NOTICE OF REMOVAL** | |

Defendants John Blecher and Arlo G. Lott Trucking, Inc. (hereinafter "Defendants"), by and through their attorneys, Hall & Evans, L.L.C., and pursuant to 28 U.S.C. § 1446, submit this Notice of Filing of Notice of Removal and state as follows:

1.      As more fully set forth in the attached Notice of Removal, Defendants have removed this action to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

2.      Upon the filing of this pleading and the attached Notice of Removal with the Clerk of this Court, removal of this action is effectuated to the United States District Court for the District of Colorado, and this Court shall proceed no further unless and until the case is remanded.  See 28 U.S.C. § 1446(d).

**EXHIBIT D**

WHEREFORE, Defendants give notice to the Clerk of this Court and all counsel of record that the above-captioned matter has been removed to the United States District Court for the District of Colorado.  Defendants pray for such other and further relief as this Court deems just and proper.

DATED this 16th day of February, 2018.

HALL & EVANS, L.L.C.


By: */s/ Thomas L. Beam*
Thomas L. Beam, #17683
Attorneys for Defendants

* In accordance with C.R.C.P. 121-1-26(9), a printed copy of this document with original signatures is being maintained by this office and will be made available for inspection by other parties or the Court.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, I caused a true and correct copy of the foregoing to be served via Colorado E-Court Filing System (without attachments) and emailed (with attachments) upon the following:

Erica A. Vecchio
Franklin D. Azar & Associates, P.C.
1128 Eagleridge Blvd.
Pueblo, CO  81008
vecchioe@fdazar.com

*/s/ Debra K. Baumgard*
Debra K. Baumgard, Legal Assistant