# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00398-MJW

NORMA HIBLER,

      Plaintiff,

v.

JOHN BLECHER and
ARLO G. LOTT TRUCKING, INC.,

      Defendants.

_____

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

Plaintiff Norma Hibler and Defendants John Blecher and Arlo G. Lott Trucking, Inc. ("Defendants"), by and through their respective undersigned counsel, hereby submit this Joint Stipulation for Dismissal with Prejudice as follows:

1. The Parties have reached a settlement of the above-captioned case and stipulate to the dismissal of this action, with prejudice.

2. All Parties agree to bear their own costs and attorneys' fees incurred in connection with the claims and defenses asserted in the above-captioned case.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter an Order of Dismissal with Prejudice.

2995698.1

2

DATED this 26th day of June 2018.

FRANKLIN D. AZAR & ASSOCIATES, P.C.          HALL & EVANS, L.L.C.


*s/ Erica A. Vecchio*                        *s/ Thomas L. Beam*
Erica A. Vecchio, #36983                     Thomas L. Beam, #17683
400 North Main Street                        1001 17th Street, Suite 300
Pueblo, CO  81003                            Denver, Colorado 80202
Telephone:  (719) 544-8000                   Phone: (303) 628-3300
Facsimile:  (719) 545-4357                   Fax: (303) 628-3368
Email:  vecchioe@fdazar.com                  beamt@hallevans.com
*Attorneys for Plaintiff*                    *Attorneys for Defendants*

2